IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE M. DESSELLE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:19cv338-MHT |
| ) | (WO) |
| IVY CREEK HEALTHCARE LLC, ) | |
| d/b/a Physical Express ) | |
| LLC, ) | |
| ) | |
|     Defendant. ) | |

ORDER

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to stay judicial proceedings and compel arbitration, filed by defendant Ivy Creek Healthcare LLC (doc. no. 11), is granted as to Counts One and Two of the complaint (interference and retaliation claims), and denied as to Count Three of the complaint (denial-of-benefits claim). This case is stayed as to Counts One and Two pending arbitration.

(2) This case will proceed as to Count Three (denial-of-benefits claim).

This case is not closed.

DONE, this the 2nd day of December, 2019.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**