IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| STEPHANIE M. DESSELLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:19cv338-MHT |
| ) | (WO) |
| IVY CREEK HEALTHCARE LLC, ) | |
| d/b/a Physical Express ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the parties' joint motion to dismiss (Doc. 46) is granted and that this case in its entirety, including counts one and two which are in arbitration, is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of April, 2021.

                                  /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE